AO 91 (Rev. 11/11)  Criminal Complaint  (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  3:22-mj-00394 |
| ALEX JAQUES | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____September 30, 2022_____ in the county of _____Montgomery_____ in the
___Southern___ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(C) | Interstate Threats |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Robert McGuire, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means)*.

Date:  11/21/22  _____

_____

City and state:  _____Dayton, OH_____

Peter B. Silvain, Jr.
**United States Magistrate Judge**

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, **Robert McGuire**, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I, Robert McGuire, am a Special Agent with the Federal Bureau of Investigation, assigned to the Cincinnati Division.  I have been in this position since November 2004.  As a Special Agent (SA), I am authorized by law or by Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of violations of Federal criminal laws.

2.      Along with other agents, officers, and investigators of the FBI, I am currently involved in an investigation of a violation of **Title 18 U.S.C.§ 875 (c) (Interstate Threats)** committed by **ALEX JAQUES**.  Based on the investigation conducted to-date, there is probable cause to believe that **JAQUES** committed Interstate Threats, in violation of 18 U.S.C.§ 875 (c).  I submit this affidavit in support of a criminal complaint and arrest warrant.

3.      As part of the investigation, I have reviewed documentation and reports provided by and discussed information with other agents, officers, and investigators involved in the investigation.  For purposes of this Affidavit, I have not distinguished between information of which I have direct knowledge and that of which I have hearsay knowledge.

4.      This Affidavit does not contain every fact known to the investigation, but only those deemed necessary to demonstrate sufficient probable cause that **JAQUES** committed the offense alleged in the Complaint.

<u>Overview of Initial Investigation</u>

5.      On or about November 14, 2022, the Federal Bureau of Investigation (FBI) National Threat Operations Center (NTOC) received an online tip regarding school shooting threats by YouTube username "Guns and Film". The tip contained the following language: "Well, I just stumbled upon a YouTube comment, where under a video about the trial in the Parkland school shooting someone wrote "I will do my own parkland"…". The YouTube channel username posting the above referenced comment was identified by the complainant as "Guns and Film".

6.     The video referred to in the tip is still publicly available on YouTube as of the submission of this affidavit.  Below are screen shots of the title card of the video in question (*Fig. 1*) as well as an excerpt from the comments section of that video displaying the identified comment (*Fig. 2*).



*Fig. 1*

3



*Fig. 2*

7.     On or about November 15, 2022, the FBI NTOC received an additional tip regarding a video posted by "Guns and Film". The tip concerned a video titled "Torture testing a Chromebook (Washington Middle School)" which was posted on September 30, 2022.

8.     The FBI conducted a review of the above-mentioned video. Starting at 0:00 a Google Chromebook with a Washington Middle School insignia is depicted (*Fig. 3*).  The laptop

4

appears to be position on a bed in a room that appears to be a bedroom.



*Fig. 3*

9.    Law enforcement confirmed through public records that there is a Washington Middle School located in Salinas, California, and that Washington Middle School is a school in the Salinas Union High School District.

10.    The individual narrating the video states, to the effect of, "Hello guys, we are going to be torture testing a… Washington Middle School Chromebook, yea Washington Middle School Chromebook from Salinas, California where I plan to eventually return and… uh fill out my list

of duties… that I have filled out with names and addresses of people who have wronged me throughout the years anyways… SUHSD that's uh Salinas Union High School District…"  At approximately 0:30 into the video, the individual appears to stab the laptop multiple times with a screwdriver (Fig. 4).



*Fig. 4*

11.     At approximately 0:47 in the video, what appear to be two firearms are visible (Fig. 5).



*Fig. 5*

12. At approximately 0:52 into the video, the individual picks up what appears to be a third firearm (Fig. 6).



*Fig. 6*

13. At approximately 0:59 into the video, the individual uses a drill on the Chormebook. (Fig. 7).



*Fig. 7*

14. At approximately 1:12 into the video, the individual states, to the effect of, "well, hold up, it seems likely it's simply…passing the drill over it has now completely rendered this thing useless so we might as well go ahead and destroy it the rest of the way…"

9

15.     Around 1:19 into the video, the video depicts what appears to be a basement area, containing a table on which there appear to be two firearms (Fig. 8).



*Fig. 8*

16.     At approximately 1:23 into the video, the individual states, to the effect of, "yeah okay so Washington Middle School you are next." As the individual states this, he appear to move towards the Chromebook, which is propped up in a different part of the basement.  When the individual reaches the Chromebook he states, "They're just waiting for us."  At approximately

10

1:28 into the video, the individual fires a single shot at the Chromebook (Fig. 9).



*Fig. 9*

17.     At approximately 1:46 into the video, the individual fires multiple shots in rapid succession at the Chromebook from what appears to be an Uzi-style weapon (Fig. 10).



*Fig. 10*

18.     At approximately 3:40 into the video, the video depicts a rifle-style firearm in the basement area which is consistent in appearance with one of the firearms depicted in the earlier

12

bedroom-area portion of the video (Fig. 11).



*Fig. 11*

13

19.     At approximately 3:49 into the video, the individual fires several shots from the rifle-style firearm at the Chromebook (Fig. 12).



*Fig. 12*

20.     Portions of the remainder of the video contains video footage of what appears to be the destroyed Chromebook. All portions of the video are filmed in what appears to be first person, by the same individual.  The voice of the individual sounds like a male voice.

21.     Law enforcement communicated with the Salinas Union High School District with regard to the "Guns and Film" YouTube video.

22.     Law enforcement communicated with the Emergency Preparedness and School Safety Coordinator for the Salinas Union High School District in Salinas, California. The Emergency Preparedness and School Safety Coordinator informed law enforcement that **JAQUES** had been a student at the El Puente School in 2018-2019, which is a school within the Salinas Union High School District.[1]

23.     The same individual also informed law enforcement that "DJB" (a minor individual) was a sibling of **JAQUES**. DJB had attended Washington Middle School. Upon viewing the barcode visible on the Chromebook in the "Guns and Film" YouTube video, the same individual informed law enforcement that school record indicated the Chromebook belonged to DJB.

24.     Additionally, on November 17, 2022, the Salinas Union High School District told the FBI that they increased the number of active security guards in their district due to the perceived threat made by **JAQUES**.

25.     Through the course of the investigation, the FBI San Francisco Office, Monterey Bay Resident Agency, located in California, has viewed both the channel and the video depicting the shooting of the Chromebook. In addition, FBI Indianapolis, located in Indiana, has viewed

---

[1] **JAQUES** may also reside with other individuals who attended the Salinas Union High School District.

videos posted on the channel of "Guns and Film". As such, the video is accessible across state lines.

26. Probable cause exists to believe that **JAQUES** is the user of the "Guns and Film" YouTube account.

27. Law enforcement has compared the Ohio Driver's License photograph of **JAQUES** to the images of an individual depicted in the YouTube videos on the "Guns and Film" account on YouTube and confirmed that they appear to be the same person.

28. On November 15, 2022, the FBI submitted an Emergency Disclosure Request to Google for YouTube account "guns_and_film". On the same day, Google provided records that indicated that the contact e-Mail address for the above referenced account is "AlexJaquesBroad@gmail.com" and the recovery SMS is a phone number ending in 0166.

29. Law enforcement database checks indicated that the same phone number ending in 0166 resolves to Alex Jaques, date of birth: XX/XX/2001[2], social security account number: XXX-XX-XXXX, who resides at 600 West Alex Bell Road, Centerville, Ohio 45459. Ohio Bureau of Motor Vehicles records indicated that **JAQUES** resides at the above listed residence. 600 West Alex Bell Road, Centerville, Ohio 45459 is the **SUBJECT PREMISES**.

30. Further, Law enforcement conducted further reviews of additional videos posted by the "Guns and Film" account on YouTube.

---

[2] Date of birth and social security number are intentionally redacted for purposes of this affidavit.

31.     One video, posted on September 23, 2022, titled "Shooting at signs in California with a pistol. (VHS-C find)" depicts what appears to be **JAQUES** shooting road signs while driving (Fig. 13).



*Fig. 13*

32.    Another video, posted on April 29, 2022 and titled "Homemade Pull-Pin smoke grenade", depicts what appears to be **JAQUES** pulling a pin of a grenade and throwing it, with what appears to be a holstered firearm on his waist (Fig. 14).



*Fig. 14*

18

## Identification of the SUBJECT PREMISES

33.     A video posted by "Guns and Film", on September 13, 2022, titled "Refinishing an M16A1 clone to Colt Grey." depicts a roof of a residence with what appears to be a rifle leaning against an upright structure (Fig. 15).



*Fig. 15*

34.     The video, in general, depicts an individual who appears to be **JAQUES** refurbishing a firearm consistent in appearance with one of the rifle-style firearms depicted in the "Torture testing a Chromebook (Washington Middle School)" video.[3]  Additionally, the end of the video appears to depict a bed with sheets consistent in appearance to those visible in the  "Torture testing a Chromebook (Washington Middle School)" video (Fig. 16).



*Fig. 17*

---

[3] The still image in Figure 15 depicts the rifle-style firearm *prior* to being refurbished.  Part of the refurbishment process depicted in the video includes changing the color scheme of the rifle, as shown in Figure 16.

35.     Portions of a backyard area are also visible during the video (Fig 17).



*Fig. 17*

36.     Open-source research conducted on Google Maps, in addition to spot checks conducted by law enforcement officers, appears to align with design structures and landscape layouts of the **SUBJECT PREMISES**.

21

37.     In a video, posted on October 15, 2022, by "Guns and Film", titled "The Big Chimp Out", around 1:50 appears to depict **JAQUES**, in what appears to be the same basement area as the "Torture testing a Chromebook (Washington Middle School)", holding what appears to be the same Uzi styled weapon (Fig. 18).



*Fig. 18*

38.     In addition, at approximately 1:53 in the video, **JAQUES** is seen posing with a weapon in- what appears to be the same basement area as the "Torture testing a Chromebook

22

(Washington Middle School)" video (Fig. 19).



*Fig. 19*

39.     In a video YouTube video posted by "Guns and Film" account on September 7, 2022, titled "Type 54 Tokarev refinished with Alumahyde II", the individual depicted states "I got this as a gift for completing my National Registry for EMT's from my mother . . .". Based on

23

employment records and checks of verified credentials via the National Registry of Emergency Medical Technicians, it appears that **JAQUES** is an EMT (Fig. 20).



*Fig. 20*

40. At approximately 5:40 into the video, what appears to sound like a female voice can be heard in the background. The narrator of the video states, to the effect of, "that's my mother, I live in her basement." Property records from the Montgomery County Auditor lists a Lilliana Jaques as the owner of the **SUBJECT PREMISES**. The auditor's website also shows that this residence has a basement. A Montgomery County Sheriff's Office Information Report, into a

different law enforcement matter, dated July 14, 2022, lists Lilliana Jaques and Alex Jaques as residents of 600 West Alex Bell Road, Dayton, Ohio.

41.     At approximately 2:29 into the video, **JAQUES** can be seen (Fig. 21).



*Fig. 21*

42.     On November 17, 2022, the FBI conducted an interview of a former resident of the **SUBJECT PREMISES**. The former resident was provided screenshots of some of the above referenced videos and positively identified structures inside the house, the backyard, and the basement.  The former resident positively identified that the basement area depicted in the "Torture

testing a Chromebook (Washington Middle School)" video was located in the **SUBJECT PREMISES.**

43.     On November 17, 2022, the FBI contacted **JAQUES'** employer, and was advised that their records list **JAQUES'** home residence as 600 West Alex Bell Road, Dayton, Ohio 45459 (the **SUBJECT PREMISES**). In addition, the FBI received an employment photo from **JAQUES'** employer.  This appears to match the photograph of **JAQUES** from the Ohio Law Enforcement Gateway as well as be consistent in appearance with the individual depicted in the "Guns and Film" YouTube account videos referenced above.

44.     An inquiry of the name of **JAQUES**, through the Ohio Bureau of Motor Vehicles, revealed an active registration in the name of **JAQUES** of a 2013 Volkswagen Hatchback bearing Ohio license plate JWY9433. The vehicle is registered to 600 West Alex Bell Road, Dayton, Ohio 45459 (the **SUBJECT PREMISES)**. During spot checks of the residence conducted on November 17th and November 18th, a Volkswagen Hatchback consistent in appearance with photos taken by an automatic license plate reader of a car baring Ohio license plate JWY9433, was parked in front of 600 West Alex Bell Road, Dayton, Ohio.

45.     Given the movement of the camera in the "Torture testing a Chromebook (Washington Middle School)", and that the individual appears to be holding the camera in one hand while firing numerous firearms using the other hand, it appears that the video was shot using a cellular telephone or other small, portable electronic device.

Execution of Warrants at the SUBJECT PREMISES

46.　　On or around November 18, 2022, the Honorable Caroline H. Gentry, United States Magistrate Judge for the Southern District of Ohio, signed a search warrant for the SUBEJCT PREMISES (pursuant to case 3:22-mj-393), for the person of JAQUES (pursuant to case 3:22-mj-391), and for the SUBJECT VEHICLE (pursuant to case 3:22-mj-392), as well as any computer and electronic media contained therein for evidence of violations of 18 U.S.C. § 875(c).

47.　　FBI agents, task force officers, investigators, and other law enforcement officers executed the search warrants for the SUBJECT PREMISES, the SUBJECT VEHICLE, and the person of JAQUES on or around November 21, 2022.

48.　　JAQUES was present when agents and officers arrived to execute the search warrant. Adult Female A, a person related to JAQUES who also resides at the SUBJECT PREMISES, was also present.  Adult Female B, a person related to JAQUES, arrived on scene during the execution of the search warrant.

49.　　Among other items, the following were seized from the SUBJECT PREMISES:

　　a.　Eight firearms, including an UZI style weapon which appears to be the firearm depicted in the video (see Figure 10).  All firearms were located in the bedroom which appears to be depicted in the "Torture testing a chromebook (Washington Middle School)" video (see Figures 3-7)(hereinafter referred to as the "Suspect Bedroom").

27

b.  Spent ammunition casings from various types of firearms, located in the basement.

c.  What appear to be two homemade suppressors, located in the basement.

d.  Two laptop computers.  One of these, a Dell Laptop, was located in the suspect bedroom.

e.  One cellular telephone, located in the suspect bedroom.

f.  One item which appears to be a grenade – with the casing of a grenade but whose innards appeared to be tampered with – located in the suspect bedroom.

50.  Adult Female B was interviewed and advised that she had previously been living in the SUBJECT PREMISES, but had recently moved out.  Adult Female B was shown the "Torture testing a Chromebook (Washington Middle School)" video. She identified the voice of the individual in that video as being JAQUES, and the clothing worn by the individual in that video as being JAQUES's clothing.  Adult Female B also verified that the firearms located in the suspect bedroom belonged to JAQUES.  Adult Female B confirmed that the suspect bedroom belongs to JAQUES.

51.  Adult Female A was interviewed and confirmed that the suspect bedroom is shared by her and JAQUES.  Adult Female A confirmed that the firearms located in that bedroom belong to JAQUES.  Adult Female A advised that she does not watch JAQUES's You Tube channel. She was asked if the name of his You Tube channel was "Guns and Film" and stated that that sounded familiar.

28

52.     A cursory search of the cellular telephone found in the suspect bedroom was conducted.  The cellular telephone contained a video which depicted JAQUES, in the basement of the SUBJECT PREMISES, firing a firearm which has what appears to be a suppressor attached to it.  The suppressor in this video appears to be one of the homemade suppressors found in the basement.

53.     Adult Female A stated that the two laptops found in the residence were shared by her and JAQUES.

54.     The SUBJECT VEHICLE was searched, and within was found: a receipt for firearms, two extended pistol magazines, and approximately eighteen (18) live .357 rounds.

55.     JAQUES declined to be interviewed.

## <u>CONCLUSION</u>

56.     Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that on or around September 30, 2022, in the Southern District of Ohio, **ALEX JAQUES** did knowingly and willfully transmit in interstate commerce from the State of Ohio, to the State of California, a communication in the form of a video posted to the website You Tube, which is publicly available, and the communication contained a threat to injure individuals at and associated with the Washington Middle School located in Salinas, California; to wit, JAQUES displayed a laptop with a Washington Middle School sticker affixed to it and stated, "Hello guys, we are going to be torture testing a… Washington Middle School Chromebook, yea Washington Middle School Chromebook from Salinas, California where I plan to eventually return

29

and… uh fill out my list of duties… that I have filled out with names and addresses of people who have wronged me throughout the years anyways… SUHSD that's uh Salinas Union High School District…" then immediately stabbed the laptop repeatedly with a screwdriver. JAQUES later stated "Washington Middle School you are next" then fires at the Washington Middle School laptop multiple times with what appears to be three separate firearms.

57.     I therefore respectfully request that a criminal complaint and arrest warrant be granted upon this Affidavit.

Respectfully submitted,

Robert McGuire
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on November 21, 2022:

Peter B. Silvain, Jr.
United States Magistrate Judge