IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | 22 cr 0143 |
| v. | : | |
| ALEX JAQUES, | : | **INDICTMENT**    WALTER H. RICE<br>18 U.S.C. § 875(c) |
| Defendant. | : | |

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT 1**</u>
**[18 U.S.C. § 875(c)]**

On or about September 30, 2022, in the Southern District of Ohio, the defendant, **ALEX JAQUES**, for the purpose of making a threat and knowing the communication would be viewed as a threat, knowingly transmitted in interstate commerce, from the State of Ohio, a communication -- namely, a video titled "Torture testing a Chromebook (Washington Middle School)" posted to the website You Tube -- containing a threat to injure individuals at and associated with the Washington Middle School located in Salinas, California.

All in in violation of 18 U.S.C. § 875(c).

A TRUE BILL

FOREMAN

KENNETH L. PARKER
United States Attorney

CHRISTINA MAHY
Assistant United States Attorney