IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                  Case No. 3:22-cr-143

ALEX JAQUES,                JUDGE WALTER H. RICE

    Defendant.

---

**DECISION AND ENTRY REFERRING DEFENDANT, PURSUANT TO 18 U.S.C. § 4241, UPON ITS OWN MOTION AND WITHOUT OBJECTION OF COUNSEL, TO AN APPROPRIATE FEDERAL FACILITY FOR A MENTAL STATUS EVALUATION AND REPORT, ALONG WITH HIS PROPENSITY FOR DANGEROUSNESS AND LIKELIHOOD OF RECIDIVISM.**

---

This court, upon its own motion, pursuant to 18 U.S.C. § 4241, without objection of counsel, refers Defendant to an appropriate federal facility for a mental status evaluation and report, along with his propensity for dangerousness and likelihood of recidivism.

This Court will enclose, either with this decision entry or by separate mailing, will provide the medical facility with pertinent information, such as the initial criminal complaint, the presentence report, the most recent psychological evaluation and report by Dr. Massimo De Marchis, Psy.D., and any other material it feels necessary to aid and assist the evaluation team in preparing its report on Defendant's present mental status, including his propensity for dangerousness and recidivism. Finally, this Court will include a transcript of the testimony of Dr. Massimo De Marchis, concerning his evaluation of Defendant and his, the mental health provider's, report of said evaluation.

This Court has concluded that Defendant is not only legally competent to understand and participate in the sentencing aspects of his case and, further, that he was legally competent at the time of the offense in question. This Court is <u>not</u> interested in a report covering the issue of competency at this time or at the time of the offense. Rather, it is interested in Defendant's present mental status, propensity for dangerousness and likelihood of recidivism.

This Court remains more than willing to answer any questions the federal facility might have

concerning this order or, for that matter, any of the materials enclosed, whether by attachment to this decision and entry or sent by separate mailing. Counsel of record are encouraged to furnish the evaluation team with any other material they might deem to be helpful in such an evaluation and report.

August 24, 2023

                                            WALTER H. RICE
                                            UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record
US Marshals

WHR/clb